# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES PELLEGRIN

NO. 2021 KW 0200

**JUNE 23, 2021**

---

In Re:    Charles Pellegrin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0903-F-2021.

---

**BEFORE:    McDONALD, HOLDRIDGE AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT